# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| T.M., by and through her guardian ad litem, John D. Elliott, ) ) ) | Civil Action Number: 3:15-2084-TLW |
| Plaintiff, ) ) | |
| v. ) ) | **AMENDED SCHEDULING ORDER** |
| South Carolina Department of Social Services (SCDSS), Irene Williams, April Fogle, Lalita Garnett, Lawanda Greggs, Alex Wright, Mary Buskey, Michelle Ingram-Smith, Anna Jones, Nicole Scott, Melissa Graham, Yvonne Wilson, Shavonna Gibson, Growing Home Southeast, Inc., and Kim Long, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules, the parties, through their counsel, conferred and agreed to the proposed amendment of the Court's initial scheduling order as follows:

1. Motions to join other parties and amend the pleadings (Fed. R. Civ. P. 16(b)(1)) shall be filed no later than **September 25, 2015**.

2. Plaintiff shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **October 23, 2015**.

3.     Defendants shall file and serve a document identifying by full name, address, and telephone number each person whom Defendants expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **November 23, 2015**.

4.     Discovery shall be completed no later than **March 15, 2016**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

5.     All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **April 1, 2016**. (Fed.R.Civ.P.16(b)(3)(A)).

6.     Mediation shall be completed in this case on or before **May 2, 2016**.[1]  At least twenty-eight (28) days prior to this mediation deadline (by April 1, 2016), counsel for each party shall file and serve a statement certifying that counsel has:

(1) provided the party with Chief Judge Wooten's Standing Order to Conduct Mediation;

(2) discussed the availability of mediation with the party; and

(3) discussed the advisability and timing of mediation with opposing counsel.[2]

(See Local Civil Rule 16.03).

---

[1] Chief Judge Wooten's Standing Order to Conduct Mediation, which sets forth additional mediation requirements applicable to the case, is available at www.scd.uscourts.gov.

[2] ADR Statement and Certification form is available at www.scd.uscourts.gov.

7. No later than **May 2, 2016** the parties shall file and exchange Fed.R.Civ.P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed.R.Civ.P. 32(a)(6).

8. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **May 2, 2016**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

9. Motions in limine must be filed at no later than **May 17, 2016**. Written responses are due seven (7) days thereafter.

10. Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05). Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

11. This case is subject to being called for jury selection and/or trial on or after **May 31, 2016**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

July 1, 2015
Columbia, South Carolina

3