IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| T.M., by and through her guardian ad litem, John D. Elliott, <br><br>    Plaintiff, <br><br>vs. <br><br>SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES ("SCDSS"); IRENE WILLIAMS; APRIL FOGLE; LALITA GARNETT; LAWANDA GREGGS; ALEX WRIGHT; MARY BUSKEY; MICHELLE INGRAM-SMITH; ANNA JONES; NICOLE SCOTT; MELISSA GRAHAM; YVONNE WILSON; SHAVONNA GIBSON; GROWING HOME SOUTHEAST INC.; and KIM LONG, <br><br>    Defendants. | Case No. 3:15-cv-2084-TLW |

## ORDER

This matter is now before the Court for consideration of Plaintiff's motion to amend the complaint, filed on July 24, 2015. (Doc. #10). In the motion, Plaintiff requests that the Court allow it to name South Carolina Youth Advocate Program, Inc. as a defendant in the place of Growing Home Southeast, Inc. Id. Plaintiff indicates that counsel for Defendants South Carolina Department of Social Services, Irene Williams, April Fogle, Lalita Garnett, Lawanda Greggs, Alex Wright, Mary Buskey, Michelle Ingram-Smith, Anna Jones, Nicole Scott, Melissa Graham, Yvonne Wilson, and Shavonna Gibson have consented to the motion.

After careful consideration and for good cause shown, Plaintiff's motion to amend the complaint is hereby **GRANTED**. (Doc. #10). Plaintiff is directed to file an amended complaint

- 2 -

and issue a summons for South Carolina Youth Advocate Program, Inc. within ten (10) days of entry of this Order.

**IT IS SO ORDERED.**

/s Terry L. Wooten
Terry L. Wooten
Chief United States District Judge

July 28, 2015
Columbia, South Carolina