UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| T.M., by and through her Guardian Ad Litem, John D. Elliott, | ) <br> ) <br> ) Case No: 3:15-CV-02084-TLW |
| Plaintiff, | ) |
| | ) **NOTICE OF APPEARANCE** |
| vs. | ) |
| | ) |
| SC Department of Social Services (SCDSS), Irene Williams, April Fogle, Lalita Garnett, Lawanda Greggs, Alex Wright, Mary Buskey, Michelle Ingam-Smith, Anna Jones, Nicole Scott, Melissa Graham, Yvonne Wilson, Shavonna Gibson, SC Youth Advocate Program, Inc., and Kim Long, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

Please take notice that the following attorney is admitted and authorized to practice in this Court; hereby enters his appearance in the above-captioned action as counsel of record for Defendants South Carolina Youth Advocate Program, Inc and Kim Long with Kerri A. Rupert, Esquire of Collins & Lacy, P.C.; respectfully requests that he be advised as appropriate of all activity in this action and that he be notified and provided with copies of all documents filed in this action.

                                                      Respectfully submitted,
                                                      COLLINS & LACY, P.C.

                            By:    s/Brian A. Comer
                                    Brian A. Comer, Esquire, Fed. ID#: 9106
                                    bcomer@collinsandlacy.com
                                    Kerri A. Rupert, Esquire, Fed. ID#: 12107
                                    krupert@collinsandlacy.com
                                    Post Office Box 12487
                                    Columbia, SC 29211
                                    803.256.2660

Columbia, South Carolina
September 24, 2015

                                    **ATTORNEYS FOR SOUTH CAROLINA YOUTH ADVOCATE PROGRAM AND KIM LONG**