UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| T.M., by and through her Guardian Ad Litem, John D. Elliott,<br><br>       Plaintiff,<br><br>vs.<br><br>SC Department of Social Services (SCDSS), Irene Williams, April Fogle, Lalita Garnett, Lawanda Greggs, Alex Wright, Mary Buskey, Michelle Ingam-Smith, Anna Jones, Nicole Scott, Melissa Graham, Yvonne Wilson, Shavonna Gibson, SC Youth Advocate Program, Inc., and Kim Long,<br><br>       Defendants. | Case No: 3:15-CV-02084-TLW<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the following attorney is admitted and authorized to practice in this Court; hereby enters her appearance in the above-captioned action as counsel of record for Defendants South Carolina Youth Advocate Program, Inc and Kim Long with Brian A. Comer, Esquire of Collins & Lacy, P.C.; respectfully requests that she be advised as appropriate of all activity in this action and that she be notified and provided with copies of all documents filed in this action.

                                                  Respectfully submitted,
                                                  COLLINS & LACY, P.C.

                     By:    s/Kerri A. Rupert
                              Brian A. Comer, Esquire, Fed. ID#: 9106
                              bcomer@collinsandlacy.com
                              Kerri A. Rupert, Esquire, Fed. ID#: 12107
                              krupert@collinsandlacy.com
                              Post Office Box 12487
                              Columbia, SC 29211
                              803.256.2660

Columbia, South Carolina                     **ATTORNEYS FOR SOUTH**
September 24, 2015                             **CAROLINA YOUTH ADVOCATE**
                                                  **PROGRAM AND KIM LONG**