IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| T.M., by and through her guardian ad litem, John D. Elliott,<br><br>                     Plaintiff,<br><br>v.<br><br>South Carolina Department of Social Services (SCDSS), Irene Williams, April Fogle, Lalita Garnett, Lawanda Greggs, Alex Wright, Mary Buskey, Michelle Ingram-Smith, Anna Jones, Nicole Scott, Melissa Graham, Yvonne Wilson, Shavonna Gibson, South Carolina Youth Advocate Program, Inc., and Kim Long;<br><br>                     Defendants. | Civil Action No: 3:15-cv-02084-TLW<br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT SOUTH CAROLINA YOUTH ADVOCATE PROGRAM AND KIM LONG'S MOTIONS TO DISMISS** |

      T.M., by and through her guardian ad litem, John D. Elliott, asks the Court to grant an extension to responde to Defendants South Carolina Youth Advocate Program and Kim Long's motion to dismiss. Pursuant to Rule 11, Fed.R.Civ.P., Plaintiff consulted with counsel for Defendants South Carolina Youth Advocate Program and Kim Long and they consent. Counsel for the remaining defendants did not respond.

2

Dated: Camden, South Carolina
October 13, 2015

By:  s//Robert J. Butcher
Robert J. Butcher
Deborah J. Butcher
S.C. Bar No. 74722
Fed Bar No. 9767
The Camden Law Firm, PA
509 Walnut Street
Camden, South Carolina 29020
P.O. Box 610
Camden, South Carolina 29021
Telephone:     (803) 432-7599
Facsimile:     (803) 432-7499
rbutcher@camdensc-law.com

Attorneys for Plaintiff T.M.

2